Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 2:10-cv-03023-LKK-GGH |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE; AND ORDER |
| v. | |
| DAVID MICHAEL DAY, et al. | |
| Defendant. | |

TO THE HONORABLE LAWRENCE K. KARLTON, THE DEFENDANT AND HIS ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Monday, January 24, 2011 at 3:30 PM.   As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant David Michael Day, individually and d/b/a Nick's Nightclub a/k/a Off Limits.   As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, or any of the other pertinent issues involving the case itself or the preparation of a Joint Status Report.

///

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Monday, January 24, 2011 at 3:30 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully submitted,

Dated: January 10, 2011

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

## ORDER

It is hereby ordered that the Scheduling Conference in civil action number 2:10-cv-03023-LKK-GGH styled *J & J Sports Productions, Inc. v. , et al.*, is hereby continued from Monday, January 24, 2011 at 3:30 PM, to March 28, 2011 at 1:30 p.m.  The parties are reminded of their obligation to file status reports fourteen (14) days prior to the status conference.

**IT IS SO ORDERED**:

Dated:  January 10, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

///
///
///
///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
STATUS CONFERENCE; AND ORDER (Proposed)
CASE NO. «CaseNo»

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 10, 2011, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING SCHEDULING CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

David Michael Day (Defendant)
1414 Park Avenue, Suite 100
Chico, CA 95928

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 10, 2011, at South Pasadena, California.

Dated:  January 10, 2011                                   */s/ Maria Baird*
                                                                   **MARIA BAIRD**