**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J SPORTS PRODUCTIONS, INC.**

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DAVID MICHAEL DAY, ET AL.,**<br><br>**Defendant.** | Case No. CV 10-03023-LKK-GGH<br><br>**ORDER GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE** |

## **ORDER**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

///

///

**ORDER (Proposed) GRANTING PLAINTIFF'S**
*EX-PARTE* **APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE**
**PAGE 1**

Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant David Michael Day, where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

Dated:  March 2, 2011.

///

///

///

///

///

///

///

///

///

///

///

///

///

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

ORDER (Proposed) GRANTING PLAINTIFF'S
*EX-PARTE* APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE
PAGE 2

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 1, 2011 I served:

**ORDER (Proposed) GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

David Michael Day (Defendant)
1414 Park Avenue, Suite 100
Chico, CA 95928

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 2, 2011 at South Pasadena, California.

Dated: March 2, 2011                                  */s/ Maria Baird*
                                                                    **MARIA BAIRD**