Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 2:10-cv-03023-LKK-GGH** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER** |
| **vs.** | |
| **DAVID MICHAEL DAY, et al.,** | |
| **Defendant.** | |

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order continuing the Case Management Conference in this action, presently set for Monday, March 28, 2011 at 1:30 P.M. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that Plaintiff's counsel has recently perfected service on defendant David Michael Day  on February 24, 2011. A true and correct copy of the Proof of Service has been filed with this Honorable Court as docket entry 11.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Monday, March 28, 2011 to a new date approximately thirty (30) to forty-five (45) days forward.

///

///

Respectfully submitted,

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. «CaseNo»
PAGE 1

1

2

3

4   Dated: March 11, 2011                    */s/ Thomas P. Riley*
                                            **LAW OFFICES OF THOMAS P. RILEY, P.C.**
5                                           By: Thomas P. Riley
                                            Attorneys for Plaintiff
6                                           J & J Sports Productions, Inc.

7

8   ///

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

                            **ORDER** (Proposed)

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. «CaseNo»
PAGE 2

It is hereby ordered that the Case Management Conference in civil action number 2:10-cv-03023-LKK-GGH styled *J & J Sports Productions, Inc. v. David Michael Day, et al*., is hereby continued from Monday, March 28, 2011 at 1:30 P.M. to a new date of _____ May 9, 2011 at 1:30 p.m.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:  March 21, 2011

///
///
///
///
///
///
///
///
///
///
///

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. «CaseNo»
PAGE 3

California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 11, 2011, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

David Michael Day  (Defendant)
4 Ranchwood Day
Chico, CA 95928

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on March 11, 2011, at South Pasadena, California.

Dated:  March 11, 2011                               */s/ Maria Baird*_____
                                                                   **MARIA BAIRD**