IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

      Plaintiff,                                        CIV. NO. S-10-3023 LKK GGH

      vs.

DAVID MICHAEL DAY, et al.,

      Defendants.                                 ORDER

_____/

      Plaintiff's motion for default judgment presently is calendared for hearing on May 26, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(h).

      Accordingly, IT IS ORDERED that:

      1. The May 26, 2011 hearing on the motion for default judgment, filed April 21, 2011, is vacated; and

      2. The motion is submitted on the record.

DATED: May 19, 2011

                        /s/ Gregory G. Hollows
                        U. S. MAGISTRATE JUDGE

GGH:076:J&JSports3023.vac.wpd

1