IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,                          CIV S-10-3023 LKK GGH

    vs.

DAVID MICHAEL DAY, individually
and d/b/a/ NICK'S NIGHT CLUB AND BAR
a/k/a/ OFF LIMITS,

    Defendants.                       <u>ORDER</u>

_____/

        On August 15, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

        Accordingly, the court presumes any findings of fact are correct.  See <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\

1

Accordingly, IT IS ORDERED that the Findings and Recommendations filed August 15, 2011, are ADOPTED and

1. Plaintiff's motion for entry of default judgment (dkt. #17) is GRANTED in part. Judgment is rendered in the amount of $10,000 in statutory damages and $20,000 in enhanced statutory damages for a total award of $30,000.

DATED: September 14, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT