UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| J & J SPORTS PRODUCTIONS, INC., | No. CIV. S-10-3023 LKK/GGH |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DAVID MICHAEL DAY, et al., | |
| Defendants. | |

On September 14, 2011, default judgment was entered in this action. (ECF No. 22) On September 24, 2013, an abstract of judgment and a writ of execution were issued by the Clerk of the Court. (ECF Nos. 24 and 25) On April 29, 2014, plaintiff filed a request for an order authorizing service of writs of execution by Rezak Meyer Attorney Service, a Registered Process Server. (ECF No. 26) Plaintiff's request is predicated on the assertion, declared under penalty of perjury by plaintiff's counsel, that "the U.S. Marshal's Service does not perform execution levies." Request, filed April 29, 2014 (ECF No. 26) at 1.

1      "Federal Rule of Civil Procedure 69(a) governs execution
2 proceedings in federal courts." Hilao v. Estate of Marcos, 95
3 F.3d 848, 851 (9th Cir. 1996).  Rule 69(a) rule provides that

> [a] money judgment is enforced by a writ of execution, unless the court directs otherwise.  The procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.

Fed. R. Civ. P. 69(a).  Federal Rule of Civil Procedure 4.1, supplemented by the requirements of state law, governs service of writs of execution and notices of levy.  Hilao, 95 F.3d at 854. Rule 4.1 requires service "[b]y a United States marshal or deputy marshal or by a person specially appointed for that purpose." Fed. R. Civ. P. 4.1(a).  California law has additional requirements.  See Hilao, 95 F.3d at 853 (citing Cal. Civ. Proc. § 684.110).

     This court has been informed by the Office of the United States Marshal for the Eastern District of California (Eastern District) that the United States Marshal for the Eastern District does serve writs of execution under Fed. R. Civ. P. 4.1 within this judicial district, and that writs of execution that are to be served outside this judicial district must be served in accordance with the requirements of the federal district court that covers the area in which the writ is to be served.[1]

---

[1] Plaintiff's request cites to "Rule 4(c) of the Federal Rules of Civil Procedure of the United States District Court for the Central District of California," Request, filed April 29, 2014 (ECF No. 26) at 1, and the writ, prepared on a state court form, directs the Sheriff or Marshal of the County of Los Angeles to enforce the judgment.  The Local Rules for the United States District Court for the Central District of California provide that "[e]xcept as otherwise provided by order of the Court, or when required by the treaties

2

The key fact, not in evidence on this record, is where plaintiff intends to serve the writ of execution. No notice of levy accompanies the writ of execution filed September 24, 2013, and it is unclear from that writ of execution how plaintiff intends to execute the judgment, e.g., through wage garnishment, levy on account, or some other manner. If plaintiff seeks to serve the writ of execution in an area encompassed by this judicial district, the request for alternative service is unnecessary because the United States Marshal for the Eastern District will serve the writ. If plaintiff seeks to serve the writ of execution in an area encompassed by a different judicial district, plaintiff must comply with the rules and procedures of the United States District Court for that district in connection with such service and, if an order for appointment of a process server is required, present the request to that Court.

For all of the foregoing reasons, IT IS HEREBY ORDERED that plaintiff's April 29, 2014 request is denied without prejudice.

DATED: July 10, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

or statutes of the United States, process shall not be presented to the United States Marshal for service." L.R. 4-2 (C.D.Cal.)

3